| | |
|---|---|
| DALE LOGUE LONG,<br><br>Plaintiff,<br><br>v.<br><br>GREENTREE SERVICING, LLC, et al.,<br><br>Defendants. | Case No. 2:17-cv-02374-KJM-EFB<br><br>ORDER |

On February 18, 2019, defendant Ditech Financial, LLC filed a notice of bankruptcy and automatic stay. ECF No. 26. The court STAYS the case and ORDERS the parties to file a joint status report every sixty (60) days addressing the status of the bankruptcy proceedings and whether the stay remains appropriate.

IT IS SO ORDERED.

DATED: February 22, 2019.

_____
UNITED STATES DISTRICT JUDGE

1